KIRTLEY et al. *v.* MARSHALL SILVER MINING COMPANY.

4   111
4   275
5   435
9   315

Under the old system of practice, the judge had no authority to render a decree in vacation.

*Appeal from District Court of Clear Creek County.*

Messrs. POST & COULTER, for appellants.

Mr. W. R. GORSLINE and Mr. W. S. ROCKWELL, for appellee.

*Per Curiam.* In this cause, a demurrer was interposed to the bill, which, by stipulation of parties, was heard in vacation. The demurrer was sustained, and the complainants failing to plead over, a decree dismissing the bill was entered up in vacation. This was error. In vacation, under the old system of practice, the judge had no authority to render the decree. The court alone had power to hear and determine the issue raised by the demurrer. To hold that the decree is valid would be to assert that parties may

confer jurisdiction by consent, which cannot be admitted.
*Filley* v. *Cody, ante,* p. 109.

The decree is reversed and the cause remanded for further proceedings.

*Reversed.*